**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 14-4042**

———————————

UNITED STATES OF AMERICA,

                  Plaintiff – Appellee,

     v.

SHAWNTAE DESHAWN ROGERS,

                  Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:13-cr-00208-TDS-1)

———————————

Submitted:  August 28, 2014        Decided:  September 2, 2014

———————————

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

J. Scott Coalter, COALTER LAW P.L.L.C., Greensboro, North Carolina, for Appellant. Ripley Rand, United States Attorney, Michael F. Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawntae DeShawn Rogers appeals his conviction entered pursuant to his conditional guilty plea to possession of ammunition by a convicted felon. On appeal, he challenges the denial of his motion to suppress. We have reviewed the parties' briefs and the record, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Rogers, No. 1:13-cr-00208-TDS-1 (M.D.N.C. Aug. 16, 2013). (J.A. at 81-93). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED